IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| FRED WILLIAM JARVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-0172 |
| v. ) | Judge Haynes |
| ) | |
| CAPTAIN L. HARNESS, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM**

Plaintiff, Fred William Jarvis filed this pro se action under 42 U.S.C. Section 1983, against the Defendants, Captain L. Harness and the Hickman County medical staff. Plaintiff asserts claims for the alleged violation of his rights to medical care while he was in the custody of the Hickman County Jail from January 2012 until May 24, 2012. After a review of the complaint, the Court set a frivolity hearing to assess Plaintiff's claims and ordered the production of Plaintiff's medical records.

According to Plaintiff's medical records, Plaintiff was taken into custody at the Hickman County Jail on January 20, 2012 and was examined by Nurse Cloud based upon concerns about Plaintiff's health and suicidal tendencies. (Docket Entry No. 17-1 and 13). Plainitff's intake sheet completed on January 21st, Plaintiff admitted to being under the influence of alcohol and drugs as well as his previous attempts at suicide. Id. at 10. Plaintiff testified at the hearing that he had a prior diagnosis of paranoia in 1991.

Plaintiff admitted that the nurse attended to him and ordered blood work. Plaintiff's medical records reflect that upon his confinement at the Hickman County Jail, Plaintiff was

1

placed on a 15 minute watch during which period of time he was returned to the nurse to be reevaluated. Id. at 14-20. In addition, Plaintiff was provided the medications Bactrim and Lisinopril, that were prescribed by a family nurse practitioner. Id. at 12. Plaintiff states that he asked to see a psychiatrist, but was advised that the jail did not treat mental health patients at Hickman County.

On March 5, 2012, Plaintiff complained his steel rod in his right femur that had been inserted to address his back problems. Id. at 7. On April 30th, Plaintiff also complained about acid reflux for which he was prescribed Prilosec. Id. Plaintiff was thereafter seen by a Dr. Bennie. Id. at 6. On April 28th, Plaintiff submitted a grievance to see the nurse in which Plaintiff expressed concerns about his high blood pressure and high cholesterol neuropathy. Id. at 4. Plaintiff also expressed concerns that he might have prostate cancer. Id. On May 2nd, Plaintiff was seen at the Hickman County Medical Clinic and after which he was prescribed Bactrim and Lisinopril. Plaintiff was transferred to the Maury County Jail with three months supply of Lisinopril. Id. at 1. On May 23rd, Plaintiff complained of pain and was treated by the nurse who ordered laboratory work. Id. at 3. The nurse also took his blood pressure, heart rate and pulse. Id. Plaintiff was in lock-down for behavioral problems, but denied any suicidal thoughts. Id. On May 24th, Plaintiff was transferred to the Maury County Jail.

As a pretrial detainee, Plaintiff has a Fourteenth Amendment right to adequate medical care. City of Revere v. Massachusetts Gen. Hosp., 463 U.S.C. 239, 244-46 (1983). The right to adequate medical care requires a serious medical need to which the Defendants exhibited a deliberate indifference to that need. Estelle v. Gamble, 429 U.S. 97, 104-05 (1976). Here, Plaintiff had serious medical needs, as reflected by his confinement for his suicidal tendencies as

well as his prescriptions for his various medical conditions. Plaintiff was examined by a jail nurse, a family nurse practitioner, and a physician as well as the Hickman Medical Clinic throughout his confinement at the Hickman County Jail.

From the Court's review of Plaintiff's medical records, the Defendants were not deliberately indifferent to Plaintiff's medical problems, given his approximately four month stay at the Hickman County Jail. Accordingly, the Court concludes that this action should be dismissed for failure to state a claim upon which relief can be granted.

An appropriate Order is filed herewith.

**ENTERED** this the 21st day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge